## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA    :    No. 74 MM 2018

            v.            :

CRAIG DAVID ICE            :

PETITION OF: JONATHAN W. CRISP,    :
ESQUIRE            :


## ORDER


**PER CURIAM**

      **AND NOW**, this 5th day of July, 2018, in consideration of the Application for Leave to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Dauphin County for that court to determine whether counsel should be granted leave to withdraw. *See* Pa.R.Crim.P. 120(B) (providing that an attorney may not unilaterally withdraw his or her appearance in a criminal matter; rather, a court must determine whether leave to withdraw is warranted).

      If the attorney is permitted to withdraw, the court is DIRECTED to determine whether Craig David Ice is to be appointed new counsel or is to proceed *pro se*. The Court of Common Pleas of Dauphin County is DIRECTED to enter its order regarding this remand within 45 days and to promptly notify this Court of its determination.